An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AMADEO J. SANCHEZ,
                         Appellant,
                    vs.
THE STATE OF NEVADA IN
RELATION TO NEVADA
DEPARTMENT OF CORRECTIONS;
OFFICER JAMES BRUFFY,
INDIVIDUALLY AND OFFICIALLY;
OFFICER ADAMS, INDIVIDUALLY
AND OFFICIALLY; AND WARDEN
RENEE BAKER, INDIVIDUALLY AND
OFFICIALLY,
                         Respondents.

No. 66998

**FILED**

JAN 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order dismissing appellant's underlying action. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Our review of the documents before this court reveals a jurisdictional defect. Specifically, NRAP 3A(b)(1) allows an appeal from a final judgment entered in an action. "[A] final judgment is one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs." *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). The order appellant appeals from is not a final judgment because it does not resolve appellant's claims against respondents State of Nevada in relation to Nevada Department of Corrections and James Bruffy. Because the appealed-from order is not a final judgment, and no

SUPREME COURT
OF
NEVADA

(O) 1947A

15-01943

other statute or court rule appears to authorize this appeal, we lack jurisdiction to consider the appeal at this time, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Steve L. Dobrescu, District Judge
        Amadeo J. Sanchez
        Attorney General/Carson City
        White Pine County Clerk